# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2016

152304(25)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

GREGORY TODD TROTTER,
          Defendant-Appellant.

SC: 152304
COA: 327847
Wayne CC: 11-004621-FC

_____/

On order of the Court, the motion for reconsideration of this Court's June 28, 2016 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2016



Clerk

p1017